IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EUGENE DAVIS and CALVIN WALKER, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> BBI LLC <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby submit this notice of dismissal, dismissing this action without prejudice.

Respectfully Submitted,

s/ John L. Mays
John Mays
Georgia Bar No. 986574
MAYS & KERR, LLC
235 Peachtree Street NE
202 North Tower
Atlanta, Georgia 30303
(404) 410-7998 (office)
(404) 855-0820 (facsimile)
john@maysandkerr.com

                                        Harold Lichten, <u>Pro Hac Vice</u> Forthcoming
                                        Thomas Fowler, <u>Pro Hac Vice</u> Forthcoming
                                        LICHTEN & LISS-RIORDAN, P.C.
                                        729 Boylston Street, Suite 2000
                                        Boston, MA 02116
                                        (617) 994-5800 (office)
                                        (617) 994-5801 (facsimile)
                                        hlichten@llrlaw.com
                                        tfowler@llrlaw.com

                                        *Attorneys for Plaintiffs*

Dated:  December 12, 2016